**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MICHELLE M. ELAM,                          )     NO. CV 13-4314-E
                                           )
              Plaintiff,                    )
                                           )
      v.                                    )          **JUDGMENT**
                                           )
CAROLYN W. COLVIN, ACTING                   )
COMMISSIONER OF SOCIAL SECURITY,            )
                                           )
                                           )
              Defendant.                    )
_____)


     IT IS HEREBY ADJUDGED that Defendant's motion for summary

judgment is granted and judgment is entered in favor of Defendant.


          DATED: January 17, 2014.


                         _____/S/_____
                              CHARLES F. EICK
                         UNITED STATES MAGISTRATE JUDGE